# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

June 12, 2025

**BY ECF**  
Honorable Jessica G. L. Clarke  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007



RE:   Mino et al v. 1686 Central Park Avenue Corporation et al  
Case No.: 25-cv-3138

Your Honor,

Plaintiffs would respectfully request leave to file an Amended Complaint in the form annexed hereto adding an individual Defendant Costantinos Sofocleous and adding a cause of action of retaliation under federal law and state law.

I have been in direct touch with the Defendants' representative and we are engaging in settlement discussions. They are aware of this proposed amendment.

If the Court grants this motion, Plaintiff would ask for two business days in which to file the Amended Complaint on ECF.

Application GRANTED. Plaintiffs shall file their amended complaint on or before **June 16, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 6.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE  
United States District Judge

Dated: June 16, 2025  
          New York, New York

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiffs*