UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAURICIO MINO and FILADELFIA ALMONTE,    :
    :
    Plaintiffs,    :
    :
    -against-    :    **No. 25 Civ. 3138 (JGLC)**
    :
1686 CENTRAL PARK AVENUE CORPORATION    :
d/b/a Central Plaza Diner, ANDREAS SOFOCLI a/k/a    :
Andrew, and CONSTANTINOS SOFOCLEUS,    :    **JUDGMENT**
    :
    Defendants.    :
------------------------------------------------------------------X

**JESSICA G. L. CLARKE, United States District Judge:**

    **IT IS HEREBY ORDERED** that Plaintiffs Mauricio Mino and Filadelfia Almonte

shall recover from Defendants 1686 Central Park Avenue Corporation d/b/a Central Plaza Diner,

Andreas Sofocli, and Constantinos Sofocleus, jointly and severally, the total amount of

Thirty-Six Thousand Dollars and Zero Cents ($36,000.00), inclusive of attorneys' fees and

costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 15).

Dated:  New York, New York

          __August 11_____, 2025

The Clerk of Court is respectfully directed to
close this case.

                **SO ORDERED:**

                _Jessica Clarke_____

                JESSICA G. L. CLARKE
                United States District Judge